# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C.A. No. 16-268-GMS |
| | ) ) **DEMAND FOR JURY TRIAL** |
| PANDUIT CORP., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Panduit Corp., by its undersigned attorneys, hereby dismisses without prejudice its Counterclaims in this action, with each party to bear its own fees and costs.

OF COUNSEL:

Thomas L. Gemmell
Kelly J. Eberspecher
Katherine E. Rohlf
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 655-1500

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com
Christine D. Haynes (#4697)
Haynes@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Telephone: 302-651-7700

*Attorneys for Defendant
Panduit Corp.*