IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PANDUIT CORP., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-268-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND PROPOSED ORDER REGARDING STAY**

WHEREAS, Defendant Panduit Corp. ("Panduit") has filed petitions for *inter partes* review ("IPR") of six of the eight patents-in-suit and has indicated it intends to file additional IPR petitions on the remaining two patents-in-suit;

WHEREAS, Panduit has indicated its intent to move to stay this case pending completion of the IPR petitions on the eight patents-in-suit;

WHEREAS, in the interest of avoiding unnecessary motion practice, Plaintiff Corning Optical Communications LLC ("Corning") has agreed to stay this action pending final resolution of the IPR petitions;

WHEREAS, Panduit's intent to file petitions for IPR of the remaining two patents-in-suit before December 31, 2016 informed Corning's decision not to oppose Panduit's request for stay;

WHEREAS, both parties request that the mediation with Chief Magistrate Judge Thynge go forward in early 2017, subject to the Court's and the parties' availability, even in view of the stay;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this case is stayed pending final resolution, including any appeal, of the IPR proceedings on the asserted claims of the patents-in-suit. Each party reserves the right to request that the stay be

RLF1 15451003v.1

lifted or modified due to changed circumstances. The mediation proceedings with Chief Magistrate Judge Thynge will proceed notwithstanding the stay.

| | |
|---|---|
| */s/ Rodger D. Smith* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014) | Kelly E. Farnan (#4395) |
| Rodger D. Smith (#3778) | Christine D. Haynes (#4697) |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | farnan@rlf.com |
| rsmith@mnat.com | haynes@rlf.com |
| *Attorneys for Plaintiff Corning Optical Communications LLC* | *Attorneys for Defendant Panduit Corp.* |

Dated: October 19, 2016

SO ORDERED this __19__ day of October, 2016

_____
United States District Judge